IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-mj-01027-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANUEL MARTINEZ-DIAZ,

    Defendant.

## ORDER ON MOTION TO WITHDRAW AS COUNSEL

It is hereby **ORDERED** that the Unopposed Motion to Withdraw as Counsel Due for Manuel Martinez-Diaz [filed February 16, 2011; docket #8] is **GRANTED**.  Representation of Defendant Martinez-Diaz by Brian Leedy of the Office of the Federal Public Defender is hereby terminated.

It is further **ORDERED** an attorney from the Criminal Justice Act panel shall be appointed to represent Defendant Martinez Diaz.

Dated at Denver, Colorado, this 17th day of February, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge